CAROLINE .G. REDINGTON, Respondent, *v.* GEORGE H. HARTFORD, Appellant.

*Redington* v. *Hartford,* 141 App. Div. 920, affirmed.
(Argued May 10, 1912; decided May 24, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 23, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on contract.

*Martin Conboy* for appellant.

*R. Burnham Moffat* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

JAMES H. CUSHING, Respondent, *v.* UNITED TRACTION COMPANY, Appellant.

*Cushing* v. *United Traction Co.,* 140 App. Div. 942, affirmed.
(Argued May 10, 1912; decided May 24, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 22, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*Lewis E. Carr* and *Patrick C. Dugan* for appellant.

*Thomas S. Fagan* for respondent.

Judgment affirmed, with costs; no opinion
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.